UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MILLS K. ALLISON AND CAITLIN M. BARCA AKA CAITLIN BARCA ALLISON,<br><br>    Plaintiffs,<br><br>vs.<br><br>MCCABE TROTTER & BEVERLY, P.C.,<br><br>    Defendant. | CIVIL ACTION NO.: 2:17-cv-1727-PMD<br><br>**NOTICE OF REMOVAL** |

Defendant McCabe, Trotter & Beverly, PC ("MTB") in this civil action styled <u>Mills K. Allison and Caitlin M. Barca AKA Caitlin Barca Allison v. McCabe, Trotter & Beverly, PC</u>, case number 2017-CP-10-3064 in the Court of Common Pleas for Charleston County, South Carolina ("the State Court Action"), by and through its undersigned counsel, files this Notice of Removal of the State Court Action to the United States District Court for the District of South Carolina, Charleston Division. MTB shows this Court the following:

1. On June 14, 2017, Plaintiffs initiated the State Court Action by filing a Complaint containing a cause of action against MTB for violation of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

2. This Court has federal question jurisdiction under 28 U.S.C. § 1441(a) and (c).

3. Within 30 days of service of the Complaint, MTB is filing this Notice of Removal.

4. Venue is proper in this District and Division under 28 U.S.C. § 1441(a) because this District and Division embrace the Charleston County Court of Common Pleas for the State of South Carolina, the forum in which the State Court Action was filed and pending.

5. MTB files with this Notice a copy of the following pertinent pleadings (attached as Exhibit A) and will supplement as necessary with any remaining items related to the State Court Action this Court would prefer to review:

   a. Summons and Complaint

   b. Notice of Appearance for MTB.

6. Upon the filing of this Notice of Removal with this Court, MTB will file a Notice of the removal with the Court of Common Pleas of Charleston County (which will include a filed copy of this Notice of Removal). MTB will serve counsel for Plaintiffs with the Notice filed with the State Court.

7. MTB is filing a civil action cover sheet as Exhibit B and Answers to Rule 26.01 Interrogatories as Exhibit C.

Wherefore, MTB prays this Honorable Court: a) accept this Notice of Removal; b) take jurisdiction of this case and c) stay all further proceedings in Civil Action 2017-CP-10-3064 in the Charleston, South Carolina Court of Common Pleas.

[signature page to follow]

Respectfully submitted,

By: _____
ANDREW W. COUNTRYMAN
Countryman Law Firm
Federal Bar No.: 9678
321 Wingo Way, Ste. 102
Mount Pleasant, SC 29464
awc@countrymanlawfirm.com
843-253-4477

And

ROBERT P. WOOD, ESQ.
Rogers, Townsend & Thomas, P.C.
Federal Bar No.: 4738
220 Executive Center Drive
Columbia, SC 29210
Robert.Wood@rtt-law.com
803-744-1275

**Attorneys for McCabe, Trotter & Beverly, PC**